# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>              Plaintiff,<br><br>      v.<br><br>CA PUBLIC EMPLOYEE RETIREMENT SYSTEM, *et al.*,<br><br>              Defendant. | Case No.   2:20-cv-01543-JAM-JDP (PS)<br><br>ORDER DENYING REQUEST FOR ENTRY OF CLERK'S JUDGMENT<br><br>ECF No. 20 |

Plaintiff filed a request for entry of clerk's judgment for a sum certain. ECF No. 20. Plaintiff's filing does not comply with Rule 55(b) of the Federal Rules of Civil Procedure and is denied. Should plaintiff seek to pursue default judgment in this case, plaintiff shall file and notice a motion for default judgment in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 230.

Dated: October 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE