UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>CA PUBLIC EMPLOYEE RETIREMENT SYSTEM, *et al.*,<br><br>        Defendant. | Case No.  2:20-cv-01543-JAM-JDP<br><br>ORDER DENYING REQUEST TO VACATE ORDER<br><br>ECF No. 22 |

      Plaintiff requests that I vacate a previous order denying without prejudice plaintiff's motion for entry of a clerk's judgment for a sum certain for failure to comply with Rule 55(b) of the Federal Rules of Civil Procedure.  ECF No. 22.  Plaintiff argues that the matter was not referred to a magistrate judge and magistrate judge jurisdiction does not apply.  *Id.*  To the contrary, the matter was referred under Local Rule 302(c)(19).  The order at issue, ECF No. 21, is within magistrate judge jurisdiction; it is non-dispositive of a claim or defense of any party.  *See Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015).  Thus, plaintiff's motion, ECF No. 22, is denied.

IT IS SO ORDERED.

Dated:    December 8, 2020                                            /s/ Jeremy Peterson

1

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE