1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9    WILLIENE D. DAVIS,                ) Case No. 2:20-CV-01543 JAM-JDP
                                       )
10                    Plaintiff,       )
                                       )
11        v.                           )
                                       )    **RELATED CASE ORDER**
12   CALIFORNIA PUBLIC EMPLOYEES       )
     RETIREMENT SYSTEM, BOARD OF       )
13   ADMINISTRATION,                   )
                                       )
14   _____Defendants._____   )
15   WILLIENE D. DAVIS,                ) Case No. 2:21-CV-01272 KJM-AC
                                       )
16                    Plaintiff,       )
                                       )
17        v.                           )
                                       )
18   CA DEPARTMENT OF JUSTICE,         )
                                       )
19   _____Defendant._____    )

20        Examination of the above-entitled actions reveals that these

21   actions are related within the meaning of Local Rule 123 (E.D. Cal.

22   2005).  Accordingly, the assignment of the matters to the same

23   judge and magistrate judge is likely to affect a substantial

24   savings of judicial effort and is also likely to be convenient for

25   the parties.

26        The parties should be aware that relating the cases under

27   Local Rule 123 merely has the result that these actions are

28   assigned to the same judge and magistrate judge; no consolidation

                                      1

of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-CV-01272 KJM-AC (PS) be reassigned to Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:21-CV-01272 JAM-JDP (PS).

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  September 3, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE