UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CA PUBLIC EMPLOYEE RETIREMENT SYSTEM BOARD OF ADMINISTRATION,<br><br>　　　　　　Defendant. | No.  2:20-cv-01543-JAM-JDP (PS)<br><br><br>ORDER |

　　　　On August 27, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///
///
///
///
///
///

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed August 27, 2021, are adopted in full;

2. Plaintiff's motion for default judgment, ECF No. 23, is denied;

3. Defendant's motion, ECF No. 24, is granted as to its request to set aside the clerk's entry of default, but the motion is denied in all other respects; and

4. The Clerk of Court is directed to set aside the entry of defendant's default.

Dated:  September 23, 2021                         /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT COURT JUDGE