UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CA PUBLIC EMPLOYEE RETIREMENT SYSTEM BOARD OF ADMINISTRATION,<br><br>    Defendant. | No. 2:20-cv-01543-JAM-JDP (PS)<br><br><br><br>ORDER |

    On September 15, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

    1. The Findings and Recommendations filed September 15, 2021, are **ADOPTED** in full;

    2. Plaintiff's complaint, ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction; and

    3. The Clerk of Court is **DIRECTED** to close this case.

Dated: November 22, 2021        /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE